ACCEPTED
04-15-00730-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/18/2015 2:31:32 PM
KEITH HOTTLE
CLERK

04-15-00730-CV

Filed 11/9/2015 9:57:30 AM
Jan Davis
District Clerk
Gillespie County, Texas
By Elaine Stewart



## NO. __13820__

| | | |
|---|---|---|
| **HAROLD CONWAY** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **216TH JUDICIAL DISTRICT** |
| | § | |
| **WILLIAM K. LESTER, JR.** | § | |
| **Defendant.** | § | **OF GILLESPIE COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/18/2015 2:31:32 PM
KEITH E. HOTTLE
Clerk

### NOTICE OF APPEAL

Defendant, WILLIAM K. LESTER, JR., party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on September 4, 2015.

WILLIAM K. LESTER, JR. desires to appeal that Judgment.

This appeal is being taken to the Fourth Court of Appeals, San Antonio, Texas.

This notice is being filed by WILLIAM K. LESTER, JR..

Respectfully submitted,

DAVIS LAW FIRM, PLLC

By: _____

Stewart S. Davis
Texas Bar No. 24049644
Email: sdavis@davislawfirmtx.com
236 Junction Hwy
Kerrville, Texas 78028
Tel. (830) 257-8851
Fax. (830) 896-8730
Attorney for Defendant
WILLIAM K. LESTER, JR.

_____

*Notice of Appeal*
*Harold Conway v. William K. Lester, Jr.*                                                    Page 1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 6, 2015 a true and correct copy of Defendant's Notice of Appeal was served by fax on Plaintiff's Counsel of Record, M. Patrick Maguire at (830) 895-2594.

Stewart S. Davis